# In the United States Court of Federal Claims

No. 21-1798C
(E-Filed: November 1, 2021)

|  |  |
|---|---|
| A. R. MORENO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

On October 8, 2021, the court issued a scheduling order directing pro se plaintiff to either pay the outstanding amount of $402.00 in filing fees or apply to proceed in forma pauperis (IFP) in this case by October 22, 2021. See ECF No. 11. The court's October 8, 2021 scheduling order cautioned plaintiff that failure to comply with the court's order would result in this case being dismissed for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims (RCFC). See id. at 1. As of the filing of this order, the court has not received either the filing fees or an IFP application from plaintiff.

Accordingly:

(1)   Because plaintiff has failed to comply with the court's October 8, 2021 scheduling order, the clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint **without prejudice**, pursuant to RCFC 41(b), for failure to prosecute; and

(2)   The clerk's office is further directed to **REJECT** any future filings from plaintiff that are not in compliance with this court's rules without further order of the court.

IT IS SO ORDERED.

s/*Patricia E. Campbell-Smith*
PATRICIA E. CAMPBELL-SMITH
Judge